**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Louisiana Container Company, Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA Southern Steel Containers** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **72-1332936** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**7657 Hwy 71 South**
**Alexandria, LA 71302**
Number, Street, City, State & ZIP Code

**P.O. Box 5048**
**Alexandria, LA 71307**
P.O. Box, Number, Street, City, State & ZIP Code

**Rapides**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

████ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 14, 2019**
MM / DD / YYYY

**X** **/s/ Joey C. Paulk**
Signature of authorized representative of debtor

**Joey C. Paulk**
Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ Thomas R. Willson**
Signature of attorney for debtor

Date **April 14, 2019**
MM / DD / YYYY

**Thomas R. Willson 13546**
Printed name

**Thomas R. Willson**
Firm name

**1330 Jackson Street**
**Alexandria, LA 71301**
Number, Street, City, State & ZIP Code

Contact phone **318-442-8658**   Email address **rocky@rockywillsonlaw.com**

**13546 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 14, 2019**  X **/s/ Joey C. Paulk**
_____
Signature of individual signing on behalf of debtor

**Joey C. Paulk**
_____
Printed name

_____
Position or relationship to debtor

| Debtor name | **Louisiana Container Company, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AB Steel 6235 Hwy. 90 East Lake Charles, LA 70615** | | **Open Account** | | | | **$36,081.68** |
| **Allied Crawford Byram, MS 39272** | | **Open Account** | | | | **$43,296.20** |
| **Apasco P.O. Box 1026 Alexandria, LA 71301** | | **Open Account** | | | | **$27,578.65** |
| **Eddie Kane Steel Products, Inc. P.O. Box 6071 Hermitage, PA 16148-1071** | | **Open Account** | | | | **$37,929.63** |
| **Gulf Island Steel** | | **Open Account** | | | | **$98,839.99** |
| **Gunn Electric Co., Inc. P.O. Box 249 Tioga, LA 71477** | | **Open Account** | | | | **$20,086.71** |
| **Hometown Waste Alexandria, LA 71303** | | **Open Account** | | | | **$39,000.07** |
| **James Steel & Tube P.O. Box 634804 Cincinnati, OH 45263-4804** | | **Open Account** | | | | **$66,114.54** |
| **JC Pacific Trading Co., Inc c/o The Duggins Law Firm 723 Aurora Avenue Metairie, LA 70005-2603** | | **Suit No. 261,734** | **Contingent Disputed** | | | **$22,850.40** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JDM Steel Service, In. c/o Edward F. Bukaty, III, APLC One Galleria Blvd. Suite 1810 Metairie, LA 70001 | | suit on open account | | | | $42,622.64 |
| Kloeckner Metals Corp. Dallas, TX 75320-0040 | | Open Account | | | | $67,381.90 |
| Red Ball Oxygen P.O. Box 7316 Shreveport, LA 71137-7316 | | Open Account | | | | $22,511.62 |
| Roll-Offs USA P.O. Box 727 Durant, OK | | Open Account | | | | $22,493.00 |
| Sol's Pipe & Steel, Inc. c/o G. Scott Moore PO Box 2264 Monroe, LA 71207-2264 | | suit No. 17-3828 - 4th JDC | | | | $22,632.70 |
| Superior Supply & Steel 217 Darnall Rd. New Iberia, LA 70560 | | Open Account | | | | $21,445.04 |
| Techniweld Atlanta, GA 30336-1226 | | Open Account | | | | $20,747.65 |
| The Evangeline Bank & Trust Co 3700 Jackson Street Alexandria, LA 71303 | | Open Account (Visa) | | | | $19,322.53 |
| Triple G Steel & Supply c/o W. Simmons Sandoz PO Box 579 Opelousas, LA 70571-0579 | | suit on oppen account - default judgment 3/7/2019 | Contingent Disputed | | | $68,099.83 |
| United Healthcare Palatine, IL 60094-4017 | | Open Account | | | | $46,685.34 |
| World Steel, Inc. Dallas, TX 75373-1152 | | Open Account | | | | $64,156.72 |

Fill in this information to identify the case:

Debtor name **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................. $   0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................ $   1,315,639.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $   1,315,639.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   261,824.37

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $   18,167.68

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$   1,102,491.99

4. **Total liabilities** ........................................................................
    Lines 2 + 3a + 3b                                                            $   1,382,484.04

**Fill in this information to identify the case:**

Debtor name    **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Federal Bank of Louisiana** | **operating** | | $1,575.00 |
| 3.2. | **First Federal Bank of Louisiana** | **payroll** | | $1,721.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,296.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 522,843.00 | - | 0.00 | = .... | $522,843.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

                                                     **$522,843.00**

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Raw Steel, Paint, Gas, Wire, Finished Containers, & work in progress** | | **$0.00** | | **$128,000.00** |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

**23.**   **Total of Part 5.**
     Add lines 19 through 22.  Copy the total to line 84.

                                                     **$128,000.00**

**24.**   **Is any of the property listed in Part 5 perishable?**
  ■ No
  ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.      **Office furniture** | | | |
| 40.      **Office fixtures** | | | |
| 41.      **Office equipment, including all computer equipment and communication systems equipment and software** **general office furntiure & equipment - copier, serever, 3 printers, computers & furniture** | $0.00 | | $14,000.00 |
| 42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.      Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                       | $14,000.00 |

**44.      Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.      Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2008 Chevrolet Impala** | $0.00 | | $1,500.00 |
| 48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.      **Aircraft and accessories** | | | |
| 50.      **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Press, Shearer, Welders, Forklifts, & Crandls** | $0.00 | | $636,000.00 |

51.  **Total of Part 8.**                                                    $637,500.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** <br> **LCCI Trademark** | **Unknown** | | **$0.00** |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** <br> **Active Customer database with purchase profile** | **$0.00** | | **$10,000.00** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                   $10,000.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

<table>
<tr><td></td><td style="text-align:right">Current value of<br>debtor's interest</td></tr>
</table>

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

        **Potential Claim against David Fuselier**                                        **Unknown**
        Nature of claim
        Amount requested                          **$0.00**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                    **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,296.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $522,843.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $128,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $637,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,315,639.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,315,639.00 |

Debtor name **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **The Evangeline Bank & Trust Co**<br>Creditor's Name<br><br>**c/o Thomas D. Davenport, Jr.**<br>**602 Murray Street**<br>**Alexandria, LA 71301**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**suit on promissory n ote and for specific performance** | $256,040.00 | $600,000.00 |

Creditor's email address, if known

**Describe the lien**
**UCC first lien on all equipment & accounts receivable**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **US Bank Equipment Finance**<br>Creditor's Name<br><br>**Saint Louis, MO 63179-0448**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Shear & Press Barake** | $2,144.33 | $150,000.00 |

Creditor's email address, if known

**Describe the lien**
**UCC lien 4/15/2016**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Wells Fargo Equipment** | Describe debtor's property that is subject to a lien | $3,640.04 | $600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **all equipment** | | |

**San Francisco, CA**
**94120-7777**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**1/22/2018**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$261,824.37**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Rapides Parish**<br>**Sales & Use Tax Dept.**<br>**5606 Coliseum Blvd.**<br>**Alexandria, LA 71301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,495.00** | **$3,495.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**William Earl Hilton**<br>**Sheriff & Tax Collector**<br>**Alexandria, LA 71309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,672.68** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**tax on inventory** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

                                                                   **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,081.68 |
|---|---|---|---|

**AB Steel**
6235 Hwy. 90 East
Lake Charles, LA 70615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $896.54 |
|---|---|---|---|

**Acadiana Steel and Processing**
220 N. University Ave.
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|

**Admin Consulting Company**
2045 Jefferson Ave.
Dunedin, FL 34698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.48 |
|---|---|---|---|

**Air Exchange**
129 Briscoe Rd.
Opelousas, LA 70570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,152.36 |
|---|---|---|---|

**Airgas USA, LLC**

Dallas, TX 75267-6015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.62 |
|---|---|---|---|

**Alexandria Business Machines**
P.O. Box 1964
Alexandria, LA 71303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,296.20 |
|---|---|---|---|

**Allied Crawford**

Byram, MS 39272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106.38** |
| | **Always Yours Flowers By Sheila**<br>**4345 Rigolette Rd.**<br>**Pineville, LA 71360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242.00** |
| | **American Eagle Steel Corp.**<br><br>**Baltimore, MD 21279-1476** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167.20** |
| | **American Key & Lock Co.**<br>**110 Texas Ave.**<br>**Alexandria, LA 71301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324.87** |
| | **Amerigas**<br>**P.O. Box 660288**<br>**Dallas, TX 75266-0288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,578.65** |
| | **Apasco**<br>**P.O. Box 1026**<br>**Alexandria, LA 71301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
| | **Awopaho**<br>**1472 Siracusa Rd.**<br>**Morgan City, LA 70380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265.98** |
| | **BCI Mechanical, LLC**<br>**4003 Lee St.**<br>**Alexandria, LA 71302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Louisiana Container Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,125.11** |
|---|---|---|---|

**Brecheen Pipe & Steel Co. Inc.**
P.O. Box 4134
Baton Rouge, LA 70821-4134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Brock Transportation**
333 n. Canyons Pkwy.
Livermore, CA 94551

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Brock Transportation**
333 N Canyons Pkwy.
Livermore, CA 94551

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$737.06** |
|---|---|---|---|

**Canon Financial Services Inc.**
14904 Collections Center
Chicago, IL 60693-0149

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$476.82** |
|---|---|---|---|

**Capasco, Inc.**
P.O. Box 81632
Lafayette, LA 70598-1632

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,787.51** |
|---|---|---|---|

**Chadwick & Odom, LLC**
PO Box 12114
Alexandria, LA 71315

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **attorney fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,721.70** |
|---|---|---|---|

**Cintas Corporation LOC, 252**
101 Venture Way
Lafayette, LA 70507

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.89 |
|---|---|---|---|

**City of Alexandria**

Lake Charles, LA 70602-1925

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,423.18 |
|---|---|---|---|

**Cleco Power, LLC**
P.O. Box 660228
Dallas, TX 75266-0228

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.65 |
|---|---|---|---|

**Colonial Life Insurance**
**Processing Center**
Blacksburg, SC 29702-1365

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.12 |
|---|---|---|---|

**Covers Unlimited Inc.**
13140 hooper Rd
Baton Rouge, LA 70818

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.00 |
|---|---|---|---|

**Danny Baglio**
125 Est Glenn
Dry Prong, LA 71423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Fuselier**
1715 Odom Street
Suite 7444
Alexandria, LA 71301

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __UCC filed by this person 12/4/2018 without basis__
__asowed no debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,279.85 |
|---|---|---|---|

**Delta Steel, Inc.**
7355 Roundhouse Lane
Houston, TX 77078

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,357.17** |
|---|---|---|---|

**Department of Social Services**
P.O. Box 260222
Baton Rouge, LA 70826-0222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161.08** |
|---|---|---|---|

**E.L. Gremillion & Sons**
6200 12th St.
P.O. Box 8676
Alexandria, LA 71306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,929.63** |
|---|---|---|---|

**Eddie Kane Steel Products, Inc.**
P.O. Box 6071
Hermitage, PA 16148-1071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,250.00** |
|---|---|---|---|

**Eddie Pringle**

Lecompte, LA 71346-0194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,762.82** |
|---|---|---|---|

**Edward Jones**
1434 C. Dorchester
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EIN Cap, Inc.**
160 Pearl Street
FL 5
New York, NY 10005

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __filed UCC 12/4/2018 without basis as no debt owed__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$819.83** |
|---|---|---|---|

**Electric Motor Service, LLC**
1120 Bolton Ave.
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Evangeline Bank & Trust**
P.O. Drawer 12900
Alexandria, LA 71315-2900

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $964.17 |
|---|---|---|---|

**Fedex**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,177.92 |
|---|---|---|---|

**Friedman Industries, Inc.**
P.O. Box 301112
Dallas, TX 75303-1112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.31 |
|---|---|---|---|

**Grainger**
P.O. Box 673042
Detroit, MI 48267-3042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.97 |
|---|---|---|---|

**Grey Wolf Safety Group**
P.O. Box 1438

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,839.99 |
|---|---|---|---|

**Gulf Island Steel**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,086.71 |
|---|---|---|---|

**Gunn Electric Co., Inc.**
P.O. Box 249
Tioga, LA 71477

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,782.50** |
|---|---|---|---|

**Hayes Manufacturing Co.**
P.O. Box 3309
Pineville, LA 71361-3309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,694.36** |
|---|---|---|---|

**Holtz Industries Inc.**

Newark, OH 43055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,000.07** |
|---|---|---|---|

**Hometown Waste**

Alexandria, LA 71303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hometown Waste**
c/o Reg Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UCC filed by this entity 12/4/18 without basis as owed no debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,399.68** |
|---|---|---|---|

**Hughesnet**
P.O. Box 69874
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,178.12** |
|---|---|---|---|

**Impact Plastics**

Huntley, IL 60142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$129.37** |
|---|---|---|---|

**Industrial Rubber & Gasket Co.**
4000 Lee St.
Alexandria, LA 71307-6116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.79** |

**Interface Security Systems**
**8339 Solutions Center**
**Chicago, IL 60677-8003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,114.54** |

**James Steel & Tube**
**P.O. Box 634804**
**Cincinnati, OH 45263-4804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,850.40** |

**JC Pacific Trading Co., Inc**
**c/o The Duggins Law Firm**
**723 Aurora Avenue**
**Metairie, LA 70005-2603**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Suit No. 261,734**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,622.64** |

**JDM Steel Service, In.**
**c/o Edward F. Bukaty, III, APLC**
**One Galleria Blvd.**
**Suite 1810**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **suit on open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |

**Joel Irby Trucking**
**285 Irby Rd.**
**Opelousas, LA 70570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$535.79** |

**Kinder Paint Company, Inc.**
**P.O. Box 8168**
**Alexandria, LA 71306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**King of Freight**
**110 South Main St.**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,381.90** |
|---|---|---|---|
| | **Kloeckner Metals Corp.** | ☐ Contingent | |
| | **Dallas, TX 75320-0040** | ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,640.00** |
|---|---|---|---|
| | **Logistics Made Simple** **2115 Chapman Rd.** **Suite 107** **Chattanooga, TN 37421** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.69** |
|---|---|---|---|
| | **Longs Products** **2630 Broadway Ave.** **Alexandria, LA 71307-5859** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,731.44** |
|---|---|---|---|
| | **Lott Oil Company** **P.O. Box 17** **Natchitoches, LA 71458-0017** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.49** |
|---|---|---|---|
| | **Lott Oil Company, Inc.** **P.O. Box 17** **Natchitoches, LA 71458-0017** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,340.71** |
|---|---|---|---|
| | **Louisiana Department of Revenue** **P.O. Box 91017** **Baton Rouge, LA 70821-9017** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178.75** |
|---|---|---|---|
| | **Louisiana Hydrostatics, Inc.** **7549 Hwy. 71 South** **Alexandria, LA 71302** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Open Account** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.00 |

**Louisiana Occupational Health Svc**
P.O. Box 11767
Alexandria, LA 71315-1767

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,520.64 |

**McMaster-Carr Supply Co.**
P.O. Box 7690
Chicago, IL 60680-7690

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Metro Towing**
1423 Lee Street
Alexandria, LA 71301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mid South Metals, LLC**
c/o Liza Beth Grozinger
920 Pierremont Road
Suite 412
Shreveport, LA 71106

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **suit no. 264,713**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,594.06 |

**MS Steel**
P.O. Box 540
Litchfield, IL 62056

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,767.35 |

**Nexair**
834 Dallas Ave.
Alexandria, LA 71302

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,717.70 |

**Oliver H. Van Horn Co., Inc.**

Atlanta, GA 31192-2518

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Protected Cargo Transport, LLC** | ☐ Contingent |
| | | ☐ Unliquidated |
| | Woodworth, LA 71485 | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,450.00**

---

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **PRT** | ☐ Contingent |
| | 920 Remington Rd. | ☐ Unliquidated |
| | Schaumburg, IL 60173 | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$3,540.00**

---

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Ralph's** | ☐ Contingent |
| | | ☐ Unliquidated |
| | Lafayette, LA 70596 | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$455.39**

---

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Red Ball Oxygen** | ☐ Contingent |
| | P.O. Box 7316 | ☐ Unliquidated |
| | Shreveport, LA 71137-7316 | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$22,511.62**

---

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Roll-Offs USA** | ☐ Contingent |
| | P.O. Box 727 | ☐ Unliquidated |
| | Durant, OK | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$22,493.00**

---

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Saia Motor Freight Line, Inc.** | ☐ Contingent |
| | P.O. Box 730532 | ☐ Unliquidated |
| | Dallas, TX 75373-0532 | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$429.51**

---

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Sams** | ☐ Contingent |
| | P.O. Box 530981 | ☐ Unliquidated |
| | Atlanta, GA 30353-0981 | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.63 |
|---|---|---|---|

**Samuel Strapping Systems**
P.O. Box 673042
Detroit, MI 48267-3042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,800.00 |
|---|---|---|---|

**Savant MFG**
P.O. Drawer 520
Kinder, LA 70648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.20 |
|---|---|---|---|

**Sayes Office Supply**
7603 Hwy 71 S.
Alexandria, LA 71302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,867.88 |
|---|---|---|---|

**Sherwin Williams**
4925A Jefferson Hwy.
New Orleans, LA 70121-4134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,632.70 |
|---|---|---|---|

**Sol's Pipe & Steel, Inc.**
c/o G. Scott Moore
PO Box 2264
Monroe, LA 71207-2264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **suit No. 17-3828 - 4th JDC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,050.88 |
|---|---|---|---|

**Southern Pipe & Supply Co., Inc.**
3216 Industrial St.
P.O. Box 5045
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,138.73 |
|---|---|---|---|

**Standard Crance & Hoist LLC**

Destrehan, LA 70047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.44** |
|---|---|---|---|

**Suddenlink Business**
P.O. Box 742535
Cincinnati, OH 45274-2535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Superior Supply & Steel**
P.O. Box 677427
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,445.04** |
|---|---|---|---|

**Superior Supply & Steel**
217 Darnall Rd.
New Iberia, LA 70560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,747.65** |
|---|---|---|---|

**Techniweld**

Atlanta, GA 30336-1226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,963.73** |
|---|---|---|---|

**Texas Iron & Steel**
288 PR 2317
Longview, TX 75603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,322.53** |
|---|---|---|---|

**The Evangeline Bank & Trust Co**
3700 Jackson Street
Alexandria, LA 71303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account (Visa)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.20** |
|---|---|---|---|

**Tri-State Industries of La.**
1111 N. 3rd St.
Alexandria, LA 71303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Open Account__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$7,542.56** |
| | **Triple 5 Steel**<br>**P.O. Box5048**<br>**Alexandria, LA 71307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$68,099.83** |
| | **Triple G Steel & Supply**<br>**c/o W. Simmons Sandoz**<br>**PO Box 579**<br>**Opelousas, LA 70571-0579** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **suit on oppen account - default judgment 3/7/2019** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$3,064.06** |
| | **Turner Teleco**<br>**4206 Parliament Drive**<br>**Alexandria, LA 71303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$46,685.34** |
| | **United Healthcare**<br><br>**Palatine, IL 60094-4017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$1,103.71** |
| | **Verizon Wireless**<br><br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |
| | **Vertices Capital LA, LLC**<br>**c/o Regis Agent David Fuselier**<br>**1715 Odom Street**<br>**Suite 7444**<br>**Alexandria, LA 71301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **filed UCC 12/4/2018 without basis as no debt owed** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |
| | **Vertices Capital, LLC**<br>**c/o David Rees, Esq**<br>**175 South Main**<br>**Suite 1410**<br>**Salt Lake City, UT 84111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **filed UCC 12/4/2018 without any basis as no debt owed** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vertices Cenla RE, LLC**
**c/o Regis Agent David Fuselier**
**1715 Odom Street**
**Suite 7444**
**Alexandria, LA 71301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **filed UCC 12/4/2018 without basis as no debt owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Waste Connections Bayou, Inc.**
**1515 England Dr.**
**Alexandria, LA 71303-4109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Watco Supply Chain Services, LLC**
**P.O. Box 959247**
**Saint Louis, MO 63195-9247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,123.20 |
|---|---|---|---|

**Welders Equipment, Inc.**
**1201 West Park Ave.**
**Eunice, LA 70535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,156.72 |
|---|---|---|---|

**World Steel, Inc.**

**Dallas, TX 75373-1152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Rapides Parish Sales & Use Tax**<br>**P.O. Box 60090**<br>**New Orleans, LA 70160-0090** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **The Evangeline Bank & Trust**<br>**c/o Michael A. Walters**<br>**PO Box 11963**<br>**Alexandria, LA 71315-1963** | Line  **3.90**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Debtor    **Louisiana Container Company, Inc.**      Case number (if known) _____

     Name

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **18,167.68** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,102,491.99** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,120,659.67** |

Fill in this information to identify the case:

Debtor name **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **lease on building** |
|         State the term remaining | |
|         List the contract number of any government contract | **Scotty Stevens Real Estate**<br>**4024 Jackson Street**<br>**Alexandria, LA 71303** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **lease on forklift (Lindy Lift & Duson Lift)** |
|         State the term remaining | |
|         List the contract number of any government contract | **Wells Fargo Bank, National Assoc**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** |

Debtor name **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Cecil Holden** | | **The Evangeline Bank & Trust Co.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Jerome Veillon** | | **The Evangeline Bank & Trust Co** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Joey Paulk** | | **Rapides Parish District Attorney** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Robert Doolittle** | | **The Evangeline Bank & Trust Co** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Fill in this information to identify the case:

Debtor name **Louisiana Container Company, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. **Texas Iron & STeel** | 1/28/2019 = $8571.96<br>1/29/19 = $13,961.40<br>2/8/19 = $9,000.00<br>3/11/19 = $8,211.65<br>3/16/19 = $6,963.73 | $46,708.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
   | 3.2. **Acadiana Steel** | 3/21/19 | $14,301.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. **Scotty Stevens Real Estate** | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JC Pacific Trading Co. v. Louisiana Container Co., Inc 261,734** | | **Ninth Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **The Evangeline Bank & Trust Co v. Louisiana Container Company, Inc., et al 262,646** | suit on credit card account | **Ninth Judicial District** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Triple G Steel & Supply v. Louisiana Container C ompany, Inc. 263,883** | suit on open account - default judgment entered March 7, 2019 | **Ninth Judicial District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **JDM Steel Service, Inc. v. Louisiana Container Company, Inc.**<br>264,284 | **suit on open account** | **Ninth Judicial District** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **The Evangeline Bank & Trust Company v. Louisiana Container Company, INc**<br>264,470 | **Suit on Promissory Note & for Specific Performance** | **Ninth Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Mid South Metals, LLC v. Louisiana Container Company, Inc.**<br>264,713 | **filed 4/4/19** | **Ninth Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

�■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **The Evangeline Bank & Trust Co**<br>**3700 Jacksons Street**<br>**Alexandria, LA** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other___ | **amounts in checking, payroll & savings taken 12/19/2018 & 2/11/2019** | **$65,000.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Charles Klein** <br> **2045 Jefferson Ave** <br> **Dunedin, FL 34698** | **4/1/2018 to late Fall 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **David Fuselier** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   **David Fuselier**<br>**1715 Odom Street**<br>**Suite 7444**<br>**Alexandria, LA 71301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joey C. Paulk | | President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nickey Davis | | Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Doolittle | | President | sold stock 4/1/2018 but remained on Board |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jerome Veillon | | Vice President | sold stock 4/1/2018 but remained on Board |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Cecil Holden** | | **Secretary-Treasurer** | **sold stock 4/1/2018 but remained on Board** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|-----------------------------------------------------------|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 14, 2019__

__/s/ Joey C. Paulk__                                    __Joey C. Paulk__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Louisiana Container Company, Inc.**      Case No. _____

                            Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Vertices Manufacturing, LLC**<br>**c/o Regis Agent David Fuselier**<br>**1744 Odom St**<br>**OFC 7444**<br>**Alexandria, LA 71301** | | **4800** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 14, 2019** _____      Signature   **/s/ Joey C. Paulk** _____

                                                        **Joey C. Paulk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AB Steel
6235 Hwy. 90 East
Lake Charles, LA 70615


Acadiana Steel and Processing
220 N. University Ave.
Lafayette, LA 70506


Admin Consulting Company
2045 Jefferson Ave.
Dunedin, FL 34698


Air Exchange
129 Briscoe Rd.
Opelousas, LA 70570


Airgas USA, LLC
Dallas, TX 75267-6015


Alexandria Business Machines
P.O. Box 1964
Alexandria, LA 71303


Allied Crawford
Byram, MS 39272


Always Yours Flowers By Sheila
4345 Rigolette Rd.
Pineville, LA 71360


American Eagle Steel Corp.
Baltimore, MD 21279-1476

American Key & Lock Co.
110 Texas Ave.
Alexandria, LA 71301


Amerigas
P.O. Box 660288
Dallas, TX 75266-0288


Apasco
P.O. Box 1026
Alexandria, LA 71301


Awopaho
1472 Siracusa Rd.
Morgan City, LA 70380


BCI Mechanical, LLC
4003 Lee St.
Alexandria, LA 71302


Brecheen Pipe & Steel Co. Inc.
P.O. Box 4134
Baton Rouge, LA 70821-4134


Brock Transportation
333 n. Canyons Pkwy.
Livermore, CA 94551


Brock Transportation
333 N Canyons Pkwy.
Livermore, CA 94551


Canon Financial Services Inc.
14904 Collections Center
Chicago, IL 60693-0149

Capasco, Inc.
P.O. Box 81632
Lafayette, LA 70598-1632


Cecil Holden


Chadwick & Odom, LLC
PO Box 12114
Alexandria, LA 71315


Cintas Corporation LOC, 252
101 Venture Way
Lafayette, LA 70507


City of Alexandria
Lake Charles, LA 70602-1925


Cleco Power, LLC
P.O. Box 660228
Dallas, TX 75266-0228


Colonial Life Insurance
Processing Center
Blacksburg, SC 29702-1365


Covers Unlimited Inc.
13140 hooper Rd
Baton Rouge, LA 70818


Danny Baglio
125 Est Glenn
Dry Prong, LA 71423

David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301


Delta Steel, Inc.
7355 Roundhouse Lane
Houston, TX 77078


Department of Social Services
P.O. Box 260222
Baton Rouge, LA 70826-0222


E.L. Gremillion & Sons
6200 12th St.
P.O. Box 8676
Alexandria, LA 71306


Eddie Kane Steel Products, Inc.
P.O. Box 6071
Hermitage, PA 16148-1071


Eddie Pringle
Lecompte, LA 71346-0194


Edward Jones
1434 C. Dorchester
Alexandria, LA 71301


EIN Cap, Inc.
160 Pearl Street
FL 5
New York, NY 10005


Electric Motor Service, LLC
1120 Bolton Ave.
Alexandria, LA 71301

Evangeline Bank & Trust
P.O. Drawer 12900
Alexandria, LA 71315-2900


Fedex
P.O. Box 660481
Dallas, TX 75266-0481


Friedman Industries, Inc.
P.O. Box 301112
Dallas, TX 75303-1112


Grainger
P.O. Box 673042
Detroit, MI 48267-3042


Grey Wolf Safety Group
P.O. Box 1438


Gulf Island Steel


Gunn Electric Co., Inc.
P.O. Box 249
Tioga, LA 71477


Hayes Manufacturing Co.
P.O. Box 3309
Pineville, LA 71361-3309


Holtz Industries Inc.
Newark, OH 43055


Hometown Waste
Alexandria, LA 71303

Hometown Waste
c/o Reg Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301


Hughesnet
P.O. Box 69874
Chicago, IL 60693


Impact Plastics
Huntley, IL 60142


Industrial Rubber & Gasket Co.
4000 Lee St.
Alexandria, LA 71307-6116


Interface Security Systems
8339 Solutions Center
Chicago, IL 60677-8003


James Steel & Tube
P.O. Box 634804
Cincinnati, OH 45263-4804


JC Pacific Trading Co., Inc
c/o The Duggins Law Firm
723 Aurora Avenue
Metairie, LA 70005-2603


JDM Steel Service, In.
c/o Edward F. Bukaty, III, APLC
One Galleria Blvd.
Suite 1810
Metairie, LA 70001


Jerome Veillon

Joel Irby Trucking
285 Irby Rd.
Opelousas, LA 70570


Joey Paulk


Kinder Paint Company, Inc.
P.O. Box 8168
Alexandria, LA 71306


King of Freight
110 South Main St.
Wichita, KS 67202


Kloeckner Metals Corp.
Dallas, TX 75320-0040


Logistics Made Simple
2115 Chapman Rd.
Suite 107
Chattanooga, TN 37421


Longs Products
2630 Broadway Ave.
Alexandria, LA 71307-5859


Lott Oil Company
P.O. Box 17
Natchitoches, LA 71458-0017


Lott Oil Company, Inc.
P.O. Box 17
Natchitoches, LA 71458-0017

Louisiana Department of Revenue
P.O. Box 91017
Baton Rouge, LA 70821-9017


Louisiana Hydrostatics, Inc.
7549 Hwy. 71 South
Alexandria, LA 71302


Louisiana Occuptional Health Svc
P.O. Box 11767
Alexandria, LA 71315-1767


Lowe's
P.O. Box 530970
Atlanta, GA 30353


McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Metro Towing
1423 Lee Street
Alexandria, LA 71301


Mid South Metals, LLC
c/o Liza Beth Grozinger
920 Pierremont Road
Suite 412
Shreveport, LA 71106


MS Steel
P.O. Box 540
Litchfield, IL 62056


Nexair
834 Dallas Ave.
Alexandria, LA 71302

Oliver H. Van Horn Co., Inc.
Atlanta, GA 31192-2518


Protected Cargo Transport, LLC
Woodworth, LA 71485


PRT
920 Remington Rd.
Schaumburg, IL 60173


Ralph's
Lafayette, LA 70596


Rapides Parish
Sales & Use Tax Dept.
5606 Coliseum Blvd.
Alexandria, LA 71301


Rapides Parish Sales & Use Tax
P.O. Box 60090
New Orleans, LA 70160-0090


Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316


Robert Doolittle


Roll-Offs USA
P.O. Box 727
Durant, OK

Saia Motor Freight Line, Inc.
P.O. Box 730532
Dallas, TX 75373-0532


Sams
P.O. Box 530981
Atlanta, GA 30353-0981


Samuel Strapping Systems
P.O. Box 673042
Detroit, MI 48267-3042


Savant MFG
P.O. Drawer 520
Kinder, LA 70648


Sayes Office Supply
7603 Hwy 71 S.
Alexandria, LA 71302


Scotty Stevens Real Estate
4024 Jackson Street
Alexandria, LA 71303


Sherwin Williams
4925A Jefferson Hwy.
New Orleans, LA 70121-4134


Sol's Pipe & Steel, Inc.
c/o G. Scott Moore
PO Box 2264
Monroe, LA 71207-2264


Southern Pipe & Supply Co., Inc.
3216 Industrial St.
P.O. Box 5045
Alexandria, LA 71301

Standard Crance & Hoist LLC
Destrehan, LA 70047


Suddenlink Business
P.O. Box 742535
Cincinnati, OH 45274-2535


Superior Supply & Steel
P.O. Box 677427
Dallas, TX 75267


Superior Supply & Steel
217 Darnall Rd.
New Iberia, LA 70560


Techniweld
Atlanta, GA 30336-1226


Texas Iron & Steel
288 PR 2317
Longview, TX 75603


The Evangeline Bank & Trust
c/o Michael A. Walters
PO Box 11963
Alexandria, LA 71315-1963


The Evangeline Bank & Trust Co
3700 Jackson Street
Alexandria, LA 71303


The Evangeline Bank & Trust Co
c/o Thomas D. Davenport, Jr.
602 Murray Street
Alexandria, LA 71301

Tri-State Industries of La.
1111 N. 3rd St.
Alexandria, LA 71303


Triple 5 Steel
P.O. Box5048
Alexandria, LA 71307


Triple G Steel & Supply
c/o W. Simmons Sandoz
PO Box 579
Opelousas, LA 70571-0579


Turner Teleco
4206 Parliament Drive
Alexandria, LA 71303


United Healthcare
Palatine, IL 60094-4017


US Bank Equipment Finance
Saint Louis, MO 63179-0448


Verizon Wireless
Dallas, TX 75266-0108


Vertices Capital LA, LLC
c/o Regis Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301

Vertices Capital, LLC
c/o David Rees, Esq
175 South Main
Suite 1410
Salt Lake City, UT 84111


Vertices Cenla RE, LLC
c/o Regis Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301


Waste Connections Bayou, Inc.
1515 England Dr.
Alexandria, LA 71303-4109


Watco Supply Chain Services, LLC
P.O. Box 959247
Saint Louis, MO 63195-9247


Welders Equipment, Inc.
1201 West Park Ave.
Eunice, LA 70535


Wells Fargo Bank, National Assoc
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Equipment
San Francisco, CA 94120-7777


William E. Hilton, Sheriff
701 Murray St., Suite 301
P.O. Box 1510
Alexandria, LA 71301

```
William Earl Hilton
Sheriff & Tax Collector
Alexandria, LA 71309


World Steel, Inc.
Dallas, TX 75373-1152
```

## United States Bankruptcy Court
### Western District of Louisiana

In re  **Louisiana Container Company, Inc.**

                                         Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 14, 2019**

**/s/ Joey C. Paulk**

**Joey C. Paulk**/
Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Louisiana Container Company, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Louisiana Container Company, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Vertices Manufacturing, LLC**
**c/o Regis Agent David Fuselier**
**1744 Odom St**
**OFC 7444**
**Alexandria, LA 71301**

☐ None [*Check if applicable*]

April 14, 2019

Date

/s/ Thomas R. Willson

**Thomas R. Willson 13546**

Signature of Attorney or Litigant

Counsel for   **Louisiana Container Company, Inc.**

**Thomas R. Willson**
**1330 Jackson Street**
**Alexandria, LA 71301**
**318-442-8658 Fax:318-442-9637**
**rocky@rockywillsonlaw.com**