■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Rapides Parish**<br>**Sales & Use Tax Dept.**<br>**5606 Coliseum Blvd.**<br>**Alexandria, LA 71301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,495.00** | **$3,495.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br><br>**William Earl Hilton**<br>**Sheriff & Tax Collector**<br>**Alexandria, LA 71309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,672.68** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**tax on inventory** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,430.65 |
|---|---|---|---|

**3Cs Property Management**
141 Interstate 310 Service Road
Saint Rose, LA 70087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **deposit for product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,081.68 |
|---|---|---|---|

**AB Steel**
6235 Hwy. 90 East
Lake Charles, LA 70615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $896.54 |
|---|---|---|---|

**Acadiana Steel and Processing**
220 N. University Ave.
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|

**Admin Consulting Company**
2045 Jefferson Ave.
Dunedin, FL 34698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.48 |
|---|---|---|---|

**Air Exchange**
129 Briscoe Rd.
Opelousas, LA 70570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,152.36 |
|---|---|---|---|

**Airgas USA, LLC**

Dallas, TX 75267-6015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.62 |
|---|---|---|---|

**Alexandria Business Machines**
P.O. Box 1964
Alexandria, LA 71303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-80368 - #96   File 06/21/19   Enter 06/21/19 15:59:15   Main Document   Pg 2 of 21

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,296.20 |
|---|---|---|---|

**Allied Crawford**

**Byram, MS 39272**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.38 |
|---|---|---|---|

**Always Yours Flowers By Sheila**
**4345 Rigolette Rd.**
**Pineville, LA 71360**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.00 |
|---|---|---|---|

**American Eagle Steel Corp.**

**Baltimore, MD 21279-1476**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.20 |
|---|---|---|---|

**American Key & Lock Co.**
**110 Texas Ave.**
**Alexandria, LA 71301**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.87 |
|---|---|---|---|

**Amerigas**
**P.O. Box 660288**
**Dallas, TX 75266-0288**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,578.65 |
|---|---|---|---|

**Apasco**
**P.O. Box 1026**
**Alexandria, LA 71301**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Awopaho**
**1472 Siracusa Rd.**
**Morgan City, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) | 19-80368 |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.98 |
|---|---|---|---|

**BCI Mechanical, LLC**
**4003 Lee St.**
**Alexandria, LA 71302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Bennett Motor Express, LLC**
**1001 Industrial Parkway**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,125.11 |
|---|---|---|---|

**Brecheen Pipe & Steel Co. Inc.**
**P.O. Box 4134**
**Baton Rouge, LA 70821-4134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Brock Transportation**
**333 n. Canyons Pkwy.**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**Brock Transportation**
**333 N Canyons Pkwy.**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cain Recyclers**
**c/o Catherine Sens Napilitano**
**Attorney at Law**
**1100 Poydras Street, Suite 3300**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **deposit for product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.06 |
|---|---|---|---|

**Canon Financial Services Inc.**
**14904 Collections Center**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.82 |
|---|---|---|---|
| | Capasco, Inc.<br>P.O. Box 81632<br>Lafayette, LA 70598-1632 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,787.51 |
|---|---|---|---|
| | Chadwick & Odom, LLC<br>PO Box 12114<br>Alexandria, LA 71315 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **attorney fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,721.70 |
|---|---|---|---|
| | Cintas Corporation LOC, 252<br>101 Venture Way<br>Lafayette, LA 70507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.89 |
|---|---|---|---|
| | City of Alexandria<br><br>Lake Charles, LA 70602-1925 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,423.18 |
|---|---|---|---|
| | Cleco Power, LLC<br>P.O. Box 660228<br>Dallas, TX 75266-0228 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.65 |
|---|---|---|---|
| | Colonial Life Insurance<br>Processing Center<br>Blacksburg, SC 29702-1365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.12 |
|---|---|---|---|
| | Covers Unlimited Inc.<br>13140 hooper Rd<br>Baton Rouge, LA 70818 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*  $1,910.00 |

**3.29**

Nonpriority creditor's name and mailing address
Danny Baglio
125 Est Glenn
Dry Prong, LA 71423

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,910.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  UCC filed by this person 12/4/2018 without basis asowed no debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address
Delta Steel, Inc.
7355 Roundhouse Lane
Houston, TX 77078

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$17,279.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
Department of Social Services
P.O. Box 260222
Baton Rouge, LA 70826-0222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,357.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address
E.L. Gremillion & Sons
6200 12th St.
P.O. Box 8676
Alexandria, LA 71306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$161.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address
Eddie Kane Steel Products, Inc.
P.O. Box 6071
Hermitage, PA 16148-1071

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$37,929.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address
Eddie Pringle

Lecompte, LA 71346-0194

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$17,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,762.82 |

**Edward Jones**
1434 C. Dorchester
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**EIN Cap, Inc.**
160 Pearl Street
FL 5
New York, NY 10005

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **filed UCC 12/4/2018 without basis as no debt owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.83 |

**Electric Motor Service, LLC**
1120 Bolton Ave.
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Enviro-Mgt Partners, LLC**
dba KOMAC Equipment
10115 Palmero Circle 201
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **consignment agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Evangeline Bank & Trust**
P.O. Drawer 12900
Alexandria, LA 71315-2900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $964.17 |

**Fedex**
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,177.92 |

**Friedman Industries, Inc.**
P.O. Box 301112
Dallas, TX 75303-1112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) | **19-80368** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.31 |
|---|---|---|---|

**3.43**

Nonpriority creditor's name and mailing address
**Grainger**
P.O. Box 673042
Detroit, MI 48267-3042

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$217.31**

---

**3.44**

Nonpriority creditor's name and mailing address
**Grey Wolf Safety Group**
P.O. Box 1438

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

**$699.97**

---

**3.45**

Nonpriority creditor's name and mailing address
**Gulf Island Fabrication**
16225 Park Ten Place
Suite 280
Houston, TX 77084

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$98,839.99**

---

**3.46**

Nonpriority creditor's name and mailing address
**Gunn Electric Co., Inc.**
P.O. Box 249
Tioga, LA 71477

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$20,086.71**

---

**3.47**

Nonpriority creditor's name and mailing address
**Hayes Manufacturing Co.**
P.O. Box 3309
Pineville, LA 71361-3309

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

**$2,782.50**

---

**3.48**

Nonpriority creditor's name and mailing address
**Holtz Industries Inc.**

Newark, OH 43055

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

**$2,694.36**

---

**3.49**

Nonpriority creditor's name and mailing address
**Hometown Waste**
c/o Reg Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  UCC filed by this entity 12/4/18 without basis as owed no debt

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

---

**3.50**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$1,399.68**

Hughesnet
P.O. Box 69874
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$18,178.12**

Impact Plastics

Huntley, IL 60142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$129.37**

Industrial Rubber & Gasket Co.
4000 Lee St.
Alexandria, LA 71307-6116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$239.79**

Interface Security Systems
8339 Solutions Center
Chicago, IL 60677-8003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$66,114.54**

James Steel & Tube
P.O. Box 634804
Cincinnati, OH 45263-4804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$22,850.40**

JC Pacific Trading Co., Inc
c/o The Duggins Law Firm
723 Aurora Avenue
Metairie, LA 70005-2603

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Suit No. 261,734**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.      **$42,622.64**

JDM Steel Service, In.
c/o Edward F. Bukaty, III, APLC
One Galleria Blvd.
Suite 1810
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **suit on open account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,284.95 |
|---|---|---|---|

**JM Steel Corp.**
Attn: Ronald D. Lucia
258 Kappa Dr.
Pittsburgh, PA 15238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Joel Irby Trucking**
285 Irby Rd.
Opelousas, LA 70570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $535.79 |
|---|---|---|---|

**Kinder Paint Company, Inc.**
P.O. Box 8168
Alexandria, LA 71306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**King of Freight**
110 South Main St.
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,381.90 |
|---|---|---|---|

**Kloeckner Metals Corp.**

Dallas, TX 75320-0040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,640.00 |
|---|---|---|---|

**Logistics Made Simple**
2115 Chapman Rd.
Suite 107
Chattanooga, TN 37421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.69 |
|---|---|---|---|

**Longs Products**
2630 Broadway Ave.
Alexandria, LA 71307-5859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,731.44 |
|---|---|---|---|

**Lott Oil Company**
P.O. Box 17
Natchitoches, LA 71458-0017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.49 |
|---|---|---|---|

**Lott Oil Company, Inc.**
P.O. Box 17
Natchitoches, LA 71458-0017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,340.71 |
|---|---|---|---|

**Louisiana Department of Revenue**
P.O. Box 91017
Baton Rouge, LA 70821-9017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.75 |
|---|---|---|---|

**Louisiana Hydrostatics, Inc.**
7549 Hwy. 71 South
Alexandria, LA 71302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,293.78 |
|---|---|---|---|

**Louisiana Lift**
PO Box 3869
Shreveport, LA 71133

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  purchase of equipment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,285.00 |
|---|---|---|---|

**Louisiana Occuptional Health Svc**
P.O. Box 11767
Alexandria, LA 71315-1767

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,520.64 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
P.O. Box 7690
Chicago, IL 60680-7690

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

---

19-80368 - #96  File 06/21/19  Enter 06/21/19 15:59:15  Main Document  Pg 11 of 21

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Metro Towing**
1423 Lee Street
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mid South Metals, LLC**
c/o Liza Beth Grozinger
920 Pierremont Road
Suite 412
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **suit no. 264,713**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,925.00 |
|---|---|---|---|

**Modern Metals Recycling, LLC**
c/o Eric B. Landry
301 Main Street
One American Place, Suite 2300
Baton Rouge, LA 70801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **deposit for products**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,594.06 |
|---|---|---|---|

**MS Steel**
P.O. Box 540
Litchfield, IL 62056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,767.35 |
|---|---|---|---|

**Nexair**
834 Dallas Ave.
Alexandria, LA 71302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,717.70 |
|---|---|---|---|

**Oliver H. Van Horn Co., Inc.**

Atlanta, GA 31192-2518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OPS Sales Company**
14861 N 3980 Road
Dewey, OK 74029

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|
| | **Protected Cargo Transport, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Woodworth, LA 71485 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,540.00 |
|---|---|---|---|
| | **PRT** | ☐ Contingent | |
| | **920 Remington Rd.** | ☐ Unliquidated | |
| | **Schaumburg, IL 60173** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.39 |
|---|---|---|---|
| | **Ralph's** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Lafayette, LA 70596 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,511.62 |
|---|---|---|---|
| | **Red Ball Oxygen** | ☐ Contingent | |
| | **P.O. Box 7316** | ☐ Unliquidated | |
| | **Shreveport, LA 71137-7316** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,493.00 |
|---|---|---|---|
| | **Roll-Offs USA** | ☐ Contingent | |
| | **P.O. Box 727** | ☐ Unliquidated | |
| | **Durant, OK** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.51 |
|---|---|---|---|
| | **Saia Motor Freight Line, Inc.** | ☐ Contingent | |
| | **P.O. Box 730532** | ☐ Unliquidated | |
| | **Dallas, TX 75373-0532** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sams** | ☐ Contingent | |
| | **P.O. Box 530981** | ☐ Unliquidated | |
| | **Atlanta, GA 30353-0981** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Louisiana Container Company, Inc.** | Case number (if known) | 19-80368 |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.63 |
|---|---|---|---|

**Samuel Strapping Systems**
P.O. Box 673042
Detroit, MI 48267-3042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,800.00 |
|---|---|---|---|

**Savant MFG**
P.O. Drawer 520
Kinder, LA 70648

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.20 |
|---|---|---|---|

**Sayes Office Supply**
7603 Hwy 71 S.
Alexandria, LA 71302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ☐ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,867.88 |
|---|---|---|---|

**Sherwin Williams**
4925A Jefferson Hwy.
New Orleans, LA 70121-4134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,632.70 |
|---|---|---|---|

**Sol's Pipe & Steel, Inc.**
c/o G. Scott Moore
PO Box 2264
Monroe, LA 71207-2264

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  suit No. 17-3828 - 4th JDC

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,050.88 |
|---|---|---|---|

**Southern Pipe & Supply Co., Inc.**
3216 Industrial St.
P.O. Box 5045
Alexandria, LA 71301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,138.73 |
|---|---|---|---|

**Standard Crance & Hoist LLC**

Destrehan, LA 70047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset? ■ No ☐ Yes

Name

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |

**Steves Services**
7409 Sand Bar Road
Orange, TX 77630

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **deposit for product**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.44 |

**Suddenlink Business**
P.O. Box 742535
Cincinnati, OH 45274-2535

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |

**Superior Supply & Steel**
P.O. Box 677427
Dallas, TX 75267

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,445.04 |

**Superior Supply & Steel**
217 Darnall Rd.
New Iberia, LA 70560

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,747.65 |

**Techniweld**

Atlanta, GA 30336-1226

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,963.73 |

**Texas Iron & Steel**
288 PR 2317
Longview, TX 75603

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,322.53 |

**The Evangeline Bank & Trust Co**
3700 Jackson Street
Alexandria, LA 71303

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account (Visa)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $957.20 |

**3.99** Nonpriority creditor's name and mailing address
Tri-State Industries of La.
1111 N. 3rd St.
Alexandria, LA 71303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$957.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address
Triple 5 Steel
P.O. Box5048
Alexandria, LA 71307

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$7,542.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address
Triple G Steel & Supply
c/o W. Simmons Sandoz
PO Box 579
Opelousas, LA 70571-0579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$68,099.83**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **suit on oppen account - default judgment 3/7/2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address
Turner Teleco
4206 Parliament Drive
Alexandria, LA 71303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$3,064.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address
United Healthcare

Palatine, IL 60094-4017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$46,685.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address
Verizon Wireless

Dallas, TX 75266-0108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$1,103.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address
Vertices Capital LA, LLC
c/o Regis Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **filed UCC 12/4/2018 without basis as no debt owed**

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vertices Capital, LLC**
c/o David Rees, Esq
175 South Main
Suite 1410
Salt Lake City, UT 84111

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  filed UCC 12/4/2018 without any basis as no debt owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vertices Cenla RE, LLC**
c/o Regis Agent David Fuselier
1715 Odom Street
Suite 7444
Alexandria, LA 71301

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  filed UCC 12/4/2018 without basis as no debt owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Waste Connections Bayou, Inc.**
1515 England Dr.
Alexandria, LA 71303-4109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Watco Supply Chain Services, LLC**
P.O. Box 959247
Saint Louis, MO 63195-9247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,123.20 |
|---|---|---|---|

**Welders Equipment, Inc.**
1201 West Park Ave.
Eunice, LA 70535

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,156.72 |
|---|---|---|---|

**World Steel, Inc.**

Dallas, TX 75373-1152

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Open Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Rapides Parish Sales & Use Tax<br>P.O. Box 60090<br>New Orleans, LA 70160-0090 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | The Evangeline Bank & Trust<br>c/o Michael A. Walters<br>PO Box 11963<br>Alexandria, LA 71315-1963 | Line 3.98<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 18,167.68 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,232,526.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,250,693.98 |

# United States Bankruptcy Court
### Western District of Louisiana

In re   **Louisiana Container Company, Inc.** _____     Case No.   **19-80368** _____

_____ Debtor(s)     Chapter   **11** _____

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __18__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 21, 2019** _____     Signature   **/s/ Joey C. Paulk** _____
                                                        **Joey C. Paulk**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**IN RE: LOUISIANA CONTAINER COMPANY, INC.**          **CASE # 19-80368**

-------------------------------------------------------------------------------------------------------

# CERTIFICATE OF SERVICE

-------------------------------------------------------------------------------------------------------

I HEREBY CERTIFY, that a copy of the 341 Meeting of Creditors Notice has been mailed, emailed or faxed to:

(a.) 3Cs Property Management
141 Interstate 310 Service Road
Saint Rose, La. 70087

(b.) Bennet Motor Express, LLC
1001 Industrial Parkway
McDonough, Ga. 30253

(c.) Cain Recyclers
c/o Catherine Sens Napilitano
Attorney at Law
1100 Poydras Street
Suite 3300
New Orleans, La. 70163

(d.) Enviro-Management Partners d/b/a KOMAC Equipment
10115 Palmero Circle 201
Tampa, FL 33619

(e.) Gulf Island Fabrication
16225 Park Ten Place
Houston, Tx 77084

(f.) Louisiana Lift
PO Box 3869
Shreveport, La. 71133

(g.) Modern Metals Recycling, LLC
c/o Eric B. Landry
Attorney at Law
301 Main Street
One American Place
Suite 2300
Baton Rouge, La. 70801

(h.) OPS Sales
14861 N 3980 Road
Dewey, Ok. 74029

(i.) Steves Services
7409 Sand Bar Road
Orange, Tx 77630


this 21st day of June, 2019.


/s/ Thomas R. Willson
**THOMAS R. WILLSON**